UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

RECEIVED
IN LAFAYETTE, LA.
JUN 2 3 2011
TONY R. MOORE, CLERK
BY_____ DEPUTY

IN RE:     BAYOU SORREL CLASS ACTION     CIVIL ACTION 04-1101

JUDGE HAIK

MAGISTRATE JUDGE HANNA

## JUDGMENT

Before the Court is the Report and Recommendation of the Special Master with Respect to the Opt-Out Reserve in the above captioned matter. After a thorough review of the report and the record, and noting the absence of objections, the Court finds the findings and conclusions of the Special Master are correct and concurs with same.

Accordingly, the remaining thirty-six (36) opt-out claims are hereby found to be prescribed and are **DISMISSED WITH PREJUDICE**, within the intent of the terms of the Agreement. Further, it is **ORDERED** that the Opt-Out Reserve be terminated. The Special Master shall report to the Court within five (5) days of the termination of the Reserve and all necessary steps in connection therewith to finalize this matter.

**THUS DONE and SIGNED** on this 23rd day of June, 2011.

JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA